Peter C. Lagarias (SBN 77091)
Robert S. Boulter (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff John R. Caputo

Jeffrey M. Hamerling (SBN 91532)
jhamerling@archernorris.com
James J. Jirn (SBN 241189)
jjirn@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC, a
Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. CAPUTO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.  2:11-CV-00722-KJM-GGH<br><br>**STIPULATION REGARDING REVISED PRETRIAL SCHEDULING AND FILING AMENDED ANSWER AND COUNTERCLAIM; ORDER ON STIPULATION** |

Plaintiff John Caputo ("Plaintiff") and defendant BP West Coast Products LLC (collectively referred to hereinafter as the "Parties"), by their respective counsel of record below, hereby stipulate to (1) extend by forty-five (45) days the discovery cut-off date and deadline for filing a motion for summary adjucation/judgment set forth in the July 13, 2011, Stipulation Regarding Sale and

Scheduling and Order on Stipulation and (2) allow Defendant to file an Amended Answer and Counterclaim.

The parties agree to the following revised expedited discovery and dispositive motions schedule:

| | |
|---|---|
| Discovery cutoff: | November 17, 2011 |
| Last day to file motion for summary judgment/summary adjudication: | December 9, 2011 |

If the matter is not resolved by summary judgment, the parties request an expedited trial date no later than April 16, 2012.

The Parties hereby also stipulate that Defendant shall be permitted to file an amended answer and counterclaim in the same form as that which accompanied Defendant's September 12, 2011, Motion for Leave to File Amended Answer and Counterclaim, and is attached hereto as Exhibit "A."

Upon filing of the Amended Answer and Counterclaim, Defendant shall withdraw its Motion for Leave to File Amended Answer and Counterclaim.

Dated: September 27, 2011   **LAGARIAS & BOULTER, LLP**

/s/ Robert S. Boulter
Robert S. Boulter
Attorneys for Plaintiff John R. Caputo

Dated: September 27, 2011   **ARCHER NORRIS**

/s/ Jeffrey M. Hamerling
Jeffrey M. Hamerling
Attorneys for Defendant BP West Coast Products LLC

///

///

# ORDER ON STIPULATION

The court having reviewed the above stipulation and for good cause shown, it is hereby ordered that:

The parties shall be governed by the following revised pretrial schedule:

| | |
|---|---|
| Discovery cutoff: | November 17, 2011 |
| Summary adjudication filing date: | December 9, 2011 |
| Trial Confirmation Hearing: | March 14, 2012 at 11:00 in Courtroom No. 3 |
| Trial: | April 16, 2012 at 9:00 in Courtroom No. 3 |

Defendant shall within seven (7) days of entry of this Order file an amended answer and counterclaim in the same form as that which accompanied Defendant's September 12, 2011, Motion for Leave to File Amended Answer and Counterclaim (ECF No. 19).

Upon filing of the amended answer and counterclaim, Defendant shall withdraw its Motion for Leave to File Amended Answer and Counterclaim.

**IT IS SO ORDERED.**

Dated:  October 5, 2011.

_____
UNITED STATES DISTRICT JUDGE