Peter C. Lagarias (SBN 77091)
Robert S. Boulter (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff John R. Caputo

Jeffrey M. Hamerling (SBN 91532)
jhamerling@archernorris.com
James J. Jirn (SBN 241189)
jjirn@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC, a
Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. CAPUTO, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company and DOES 1 through 10, Inclusive,<br><br>  Defendants. | Case No.  2:11-CV-00722-KJM-GGH<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF AND RELATED PRETRIAL DEADLINES; ORDER ON STIPULATION** |

Plaintiff John Caputo ("Plaintiff") and defendant BP West Coast Products LLC (collectively referred to hereinafter as the "Parties"), by their respective counsel of record below, hereby stipulate to extend by sixty (60) days the discovery cutoff date and deadline for filing a motion for summary adjudication/judgment set forth in the Court's October 5, 2011 Order on Stipulation.

The Parties previously stipulated to extend the prior discovery cutoff and summary judgment/adjudication filing deadlines of October 2, 2011, and October 11, 2011, respectively.  The Court entered an Order on Stipulation on October 5, 2011, extending those dates by forty (45) days to November 17, 2011, and December 9, 2011.  Respectfully, the Parties now seek a further extension because key witnesses in this action are involved in another trial and will not be available for deposition until after the New Year.

The Parties agree to the following revised discovery and dispositive motion schedule:

    Discovery cutoff:                              January 16, 2012

    Last day to file motion for summary judgment/summary adjudication:                                February 7, 2012

If the matter is not resolved by summary judgment, the parties request an expedited trial date no later than June 18, 2012.

Dated:  November 21, 2011        **LAGARIAS & BOULTER, LLP**

/s/ Peter C. Lagarias
Peter C. Lagarias
Attorneys for Plaintiff John R. Caputo

Dated:  November 21, 2011        **ARCHER NORRIS**

/s/ James J. Jirn
Jeffrey M. Hamerling
James J. Jirn
Attorneys for Defendant BP West Coast Products LLC

///

///

///

## ORDER ON STIPULATION

The court having reviewed the above stipulation and for good cause shown, it is hereby ordered that:

The parties shall be governed by the following revised pretrial schedule:

Discovery cutoff:                                              January 16, 2012

Summary judgment/adjudication filing date:      February 7, 2012

If the matter is not resolved by summary judgment, the trial will be set as the Court's schedule permits.

**IT IS SO ORDERED.**

**Date: 12/1/2011**

_____
UNITED STATES DISTRICT JUDGE