Peter C. Lagarias (SBN 77091)
Robert S. Boulter (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff John R. Caputo

Jeffrey M. Hamerling (SBN 91532)
jhamerling@archernorris.com
James J. Jirn (SBN 241189)
jjirn@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC, a
Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. CAPUTO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.  2:11-CV-00722-KJM-GGH<br><br>**STIPULATION TO STRIKE PARAGRAPHS 13 AND 22 OF COMPLAINT; ORDER ON STIPULATION** |

///

///

///

///

B0314145/1282148-1     1     STIP. TO STRIKE PARAGRAPHS 13 AND 22 OF COMPLAINT
2:11-CV-00722-KJM-GGH

Plaintiff John R. Caputo and defendant BP West Coast Products LLC, by their respective counsel of record, hereby stipulate to strike the allegations in the Complaint in paragraphs 13 and 22. Plaintiff does not dismiss the remainder of the Complaint for violations of the Petroleum Marketing Practices Act.

Dated: January 23, 2012        **LAGARIAS & BOULTER, LLP**

/s/ Peter C. Lagarias
Peter C. Lagarias
Attorneys for Plaintiff John R. Caputo

Dated: January 23, 2012        **ARCHER NORRIS**

/s/ James J. Jirn
Jeffrey M. Hamerling
James J. Jirn
Attorneys for Defendant BP West Coast Products LLC

### ORDER ON STIPULATION

The court having reviewed the above stipulation and for good cause shown, it is hereby ORDERED that paragraphs 13 and 22 of the Complaint shall be and hereby are stricken from the Complaint.

**IT IS SO ORDERED.**

Dated: January 25, 2012.

_____
UNITED STATES DISTRICT JUDGE